■ DEBORAH BERECZ, Individually and as Executor of ALLAN J. BERECZ, Deceased, Respondent, v ELIZABETH M. RESZEL, D.O., et al., Appellants. [855 NYS2d 401]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered February 26, 2007 in a medical malpractice action. The order granted plaintiff's motion to compel a further deposition of defendant Elizabeth M. Reszel, D.O.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Presti v Schalck*, 26 AD2d 793 [1966]). Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.